

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 15-1291M |
| JONATHAN ANDREW PAIZ, | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of <u>the defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Friday, July 17, 2015</u>, _____, at <u>10:30</u> ☒a.m. / ☐p.m. before the Honorable <u>Jacqueline Chooljian</u>, in Courtroom <u>20 (Spring Street Courthouse)</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 7/10/15

U.S. District Judge/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)  Page 1 of 1